Donovan et al., appellants, v. Woodruff.

*Contract of sale — conflicting evidence.*

Plaintiffs sought to recover for a quantity of stone alleged to have been sold to the defendant and delivered at his request to K. On the trial the evidence was contradictory as to whether or not the sale was made to defendant on his sole credit; but the circuit judge refused to allow the case to go to the jury and nonsuited the plaintiff. On appeal, *held*, that the case should have been submitted to the jury.

Appeal from a judgment at the circuit dismissing the complaint.

*John E. Van Etten*, for appellants.

*Paddock & Nott* and *M. Schoonmaker*, for respondent.

Bockes, J.

The opinion contains no point of general importance not stated in the head-note.

*Judgment reversed and new trial ordered.*

---

Morse, administrator, appellant, v. Brockett et al., administrators.

*Contract — construction of.*

S. was liable upon the paper of a firm, and judgments were obtained against him thereon. To secure him, A., a member of the firm, confessed judgment for $37,750, which became a lien on A.'s farm. Subsequently it was agreed between S. and E. who was also liable upon the firm paper, that if S. would satisfy his judgment, and the sons of A. (to whom A. had conveyed his farm) would give E. a mortgage for $10,000, E. would take up and discharge the indebtedness of the firm on which S. was liable to the amount of $20,000. S. satisfied the judgment and the $10,000 mortage was made to E. As a part of the agreement the sons gave a subsequent mortgage to S. for $22,000 to secure the balance then due upon his liabilities for the firm. E. took up of the firm indebtedness $16,705.80, including three judgments against S. which were assigned to E. *Held*, that E. could not enforce the judgments against S., and this even if they were assigned to him before the agreement was made, and the mortgage to E. was a lien upon the farm prior to that of S., to the extent only of $10,000 less $3,294.20, the difference between the amount of firm indebtedness taken up by him and $20,000.